Margaret T. BRENNAN, Administratrix of the Estate of Mary Daly, late of New Haven, Connecticut, deceased, Plaintiff-Appellant,

v.

The UNITED STATES of America, Defendant-Appellee.

No. 233, Docket 23432.

United States Court of Appeals Second Circuit.

Argued March 17, 1955.

Decided March 30, 1955.

Cleaveland J. Rice, Jr., New Haven, Conn. (Charles M. Lyman, New Haven, Conn., on the brief), for plaintiff-appellant.

Frederic G. Rita, Sp. Asst. to Atty. Gen. (H. Brian Holland, Asst. Atty. Gen., and Ellis N. Slack, Sp. Asst. to Atty. Gen., Simon S. Cohen, U. S. Atty. for Dist. of Conn., Hartford, Conn., and Francis J. McNamara, Jr., Asst. U. S. Atty. for Dist. of Conn., New Haven, Conn., on the brief), for defendant-appellee.

Before CLARK, Chief Judge, FRANK, Circuit Judge, and GALSTON, District Judge.

PER CURIAM.

Affirmed on the opinion of District Judge Anderson, D.C., 129 F.Supp. 155.